**Order entered June 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00713-CR
No. 05-14-0714-CR
No. 05-14-00715-CR

**MICHAEL DAN ALLEN JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-81546-2013, 366-81547-2013, 366-81548-2013**

## ORDER

The Court notes that appellant's brief cites to a lengthy Volume 2 of the reporter's record, which appears to be the transcription of the trial testimony. However, the Volume 2 filed in this Court consists of 6 pages only, plus the separately filed exhibits that were admitted into evidence during the trial. Accordingly, we **ORDER** court reporter Jenny Bonnes Hoyt to file, within **FIFTEEN DAYS** of the date of this order, an amended Volume 2 of the reporter's record that contains the complete record of the proceedings conducted on April 11, 2014.

Appellant has three appeals pending in this Court: 05-14-00713-CR, 05-14-00714-CR, and 05-14-00715-CR. On June 1, 2015, counsel filed a brief that lists all three appellate numbers and briefing addresses the convictions in each case. However, the brief only raises issues as to

the conviction for aggravated kidnapping, which is the appeal in cause no. 05-14-00713-CR. The brief raises no issues as to the convictions for possession of child pornography (05-14-00714-CR) or aggravated sexual assault of a child (05-14-00715-CR). Nor did counsel file a motion to withdraw as counsel and an *Anders* brief in support asserting that there are no arguable issues to raise as to the convictions in cause nos. 05-14-00714-CR or 05-14-00715-CR. Therefore, appellant's brief is only properly applied to cause no. 05-14-00713-CR, and appellant is effectively without a brief in cause nos. 05-14-00714-CR and 05-14-00715-CR.

Accordingly, we **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either: (1) a motion to dismiss the appeals in cause nos. 05-14-00714-CR and 05-14-00715-CR that complies with Texas Rule of Appellate Procedure 42.2(a); (2) a brief raising issues on the merits for cause nos. 05-14-00714-CR and 05-14-00715-CR; or (3) a motion to withdraw as counsel in cause nos. 05-14-00714-CR and 05-14-00715-CR and a brief in support of that motion that complies with the requirements of *Anders v. California* and its progeny.

We **DIRECT** the Clerk to send copies of this order to Jenney Bonnes Hoyt, court reporter, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE